1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

- - - - -

Charles H. Cooper, Jr., :

    Plaintiff, :

vs. : Case No. 2:20-cv-3332
: Judge Michael H. Watson
Longwood Forest Magistrate Judge Jolson
Products, Inc., :
et al.,
:
    Defendants.
:

- - - - -

STATEMENT REGARDING SCHEDULED DEPOSITION OF
JERRY BOONE, JR.

VIA VIDEOCONFERENCE

- - - - -

Taken at Lane Alton
Two Miranova Place, Ste. 220
Columbus, OH 43215
November 8, 2021, 2:32 p.m.

- - - - -

Spectrum Reporting LLC
400 South Fifth Street, Ste. 201
Columbus, Ohio 43215
614-444-1000 or 800-635-9071
www.spectrumreporting.com

- - - - -

Exhibit D

2

1                    A P P E A R A N C E S

2

   ON BEHALF OF PLAINTIFF:
3
        The Law Offices of Daniel R. Mordarski, LLC
4       5 East Long Street, Ste. 1100
        Columbus, OH 43215
5       By Daniel R. Mordarski, Esq.
            (Via videoconference)
6

7  ON BEHALF OF DEFENDANTS LONGWOOD FOREST PRODUCTS,
   INC.; ANGEL LINE; WAYFAIR, INC.; WAYFAIR LLC; AND
8  WAYFAIR PURCHASING LLC:

9       Lane Alton
        Two Miranova Place, Ste. 220
10      Columbus, OH 43215
        By Edward G. Hubbard, Esq.
11          (Via videoconference)
          Joseph A. Gerling, Esq.
12          (Via videoconference)

13

14

15

16

17

18

19

20

21

22

23

24

3

1                           I N D E X

2    Exhibits                                              Page

3    Exhibit A - Jerry Boone Subpoena Green Card              5

4

...

23   (Exhibits attached electronically.  Hard copies were
     never in Spectrum's possession.)
24

4

1  MR. HUBBARD: Okay. This is Ed
2  Hubbard. I'm one of the attorneys for the
3  defendants in this matter, being Cooper versus
4  Longwood Forest Products, Inc., et al.; Case
5  No. 2:20-cv-3332.
6  We're going on the record in lieu of
7  the appearance of Mr. Jerry Boone today for
8  deposition. Just for background purposes, I
9  wanted to run through the course of events here,
10 which is, originally, Defendants, through Doc 56
11 and per agreement, issued a notice of deposition
12 for Mr. Jerry Boone on August 12th, 2021. On
13 August 5th, Plaintiff's counsel notified us of the
14 need to reschedule the deposition given a series
15 of deaths in the Dean/Boone family.
16 On August 26th, Defendants issued
17 Doc 58, which is a notice of deposition for
18 8-31-2021, and, again, that was by agreement with
19 Plaintiff's counsel in this case. On 8-27, per my
20 notes, Mr. Mordarski and I had a telephone
21 conference in which it was indicated that
22 Mr. Boone would refuse to appear at the deposition
23 for 8-31 because he did not intend to offer
24 testimony in this matter.

5

1        On 10-15, my office issued a subpoena
2   for Mr. Boone to appear via videoconference or
3   video testimony for deposition for November 4th.
4   That was served via certified mail. And I'm going
5   to attach -- and I will send everybody a copy of
6   this. I'm going to share my screen here, if I
7   can.
8        I am -- this is what I've marked --
9   should be there. I don't know why it's not
10  showing up -- as Exhibit A. I will mark it as
11  Exhibit A, and it's simply the front and the back
12  -- there it is -- of the green card that was
13  reflecting service of the subpoena on
14  October 28th, 2021, and it indicates by the
15  printed name that it was received by Jerry Boone,
16  Jr.
17       Pursuant to conversations and
18  communications with Plaintiff's counsel after that
19  point, it was agreed that we would reschedule the
20  deposition until November 8th. On November 3rd,
21  Doc 64, amended notice of deposition for
22  November 8th, was served today, which is
23  November 8th. Mr. Mordarski notified me this
24  afternoon by an e-mail at 1:10 that Mr. Boone

1  would not appear and he would not change his mind
2  regarding his disinclination to provide testimony.
3       By indicating it was at 1:10, I am not
4  suggesting in any way that Mr. Mordarski was late
5  in providing notice or trying to ambush us or
6  otherwise prejudice us by the notice.  I
7  understand he was attempting up until the last
8  moment to convince Mr. Boone to appear, and when
9  it became clear he would not, he notified us as
10 timely as possible.
11      And I -- let me stop this.
12      And, Joe, unless I'm missing anything,
13 that's the record I'm intending to make here
14 today.
15      MR. GERLING: Yep.  I think so.
16      MR. MORDARSKI: So this is Dan
17 Mordarski, one of the counsel for Plaintiff
18 Charles Cooper, as administrator of the Estate of
19 Ja'syiah Boone.  I think counsel has correctly
20 articulated the history of our attempt to get
21 Mr. Boone to provide testimony in this case.  As
22 recent as Friday, November 5th, Mr. Boone had
23 confirmed that he will be -- would be attending
24 today for his deposition.  I received the first

7

1  notice close to 12:30 today.  That's the first
2  time I'd heard that he's decided that he would not
3  appear.
4           This is the second time that he
5  indicated he would appear, and then closer in time
6  to the deposition, advised that he would not.
7  Mr. Boone is the natural father of the decedent in
8  this case.  The natural mother, Tera Dean; Steve
9  Rabold; and I have all attempted to get Mr. Boone
10 to appear for a deposition.  In the most latest
11 communication with Mr. Boone, he indicated that he
12 did not want to appear because he did not want to
13 talk about his past, that he was not present at
14 the time the incident occurred, and that he felt
15 like he had nothing to offer as a witness.
16          Again, efforts were made to try to
17 convince Mr. Boone that his testimony is important
18 and relevant and might deal with things other than
19 the actual event of when the decedent died.  We
20 were unable to persuade Mr. Boone to appear for
21 his deposition that was scheduled today at 2:30.
22 I think, from the plaintiff's perspective, we
23 share some very significant frustration in the
24 current situation that we're in, but that's where

8

1  we are right now.  Nothing further from us.
2         MR. HUBBARD:  And I think I just want
3  to clarify that from Defendants' perspective, we
4  think the deposition of Mr. Boone is necessary.
5  We're not using this record for an opportunity to
6  discuss the possible ramifications of Mr. Boone's
7  nonappearance today.  We reserve our rights to
8  move accordingly, whatever that may look like, but
9  this record is simply the record that we were
10 otherwise ready to prepare -- ready and prepared
11 to go forward today.  Mr. Boone did not go
12 forward.
13        And so we reserve all our appropriate
14 remedies under civil procedure and the Court's --
15 rulings by the Court.
16        MR. MORDARSKI:  Okay.
17        MR. HUBBARD:  Joe?
18        MR. MORDARSKI:  I don't have any
19 further.
20        MR. GERLING:  That's good.
21              - - - - -
22        Thereupon, the foregoing proceedings
23        concluded at 2:39 p.m.
24              - - - - -

9

1  State of Ohio      :       C E R T I F I C A T E
   County of Franklin: SS
2
       I, Craig Ross, RPR, CRR, a Notary Public in and
3  for the State of Ohio, do hereby certify the
   foregoing is a true record of the proceedings taken
4  at the time and place as specified on the title
   page.
5
       I do further certify I am not a relative,
6  employee or attorney of any of the parties hereto,
   and further I am not a relative or employee of any
7  attorney or counsel employed by the parties hereto,
   or financially interested in the action.
8
       IN WITNESS WHEREOF, I have hereunto set my hand
9  and affixed my seal of office at Columbus, Ohio, on
   January 12, 2022.
10

11

12

13

14

15

16

17

18   *Craig Ross* (signature)

19  _____

20  Craig Ross, Notary Public - State of Ohio
    My commission expires July 7, 2026.
21

22

23

24

**Exhibits**

303615 Exhibit A 3:3 5:10, 11

**1**

10-15 5:1
12:30 7:1
12th 4:12
1:10 5:24 6:3

**2**

2021 4:12 5:14
26th 4:16
28th 5:14
2:20-cv-3332 4:5
2:30 7:21
2:39 8:23

**3**

3rd 5:20

**4**

4th 5:3

**5**

56 4:10
58 4:17
5th 4:13 6:22

**6**

64 5:21

**8**

8-27 4:19
8-31 4:23
8-31-2021 4:18
8th 5:20,22,23

**A**

actual 7:19
administrator 6:18
advised 7:6
afternoon 5:24
agreed 5:19
agreement 4:11,18
ambush 6:5
amended 5:21
appearance 4:7
articulated 6:20
attach 5:5
attempt 6:20
attempted 7:9
attempting 6:7
attending 6:23
attorneys 4:2
August 4:12, 13,16

**B**

back 5:11
background 4:8
Boone 4:7, 12,22 5:2, 15,24 6:8, 19,21,22 7:7,9,11,17, 20 8:4,11
Boone's 8:6

**C**

card 5:12
case 4:4,19 6:21 7:8
certified 5:4
change 6:1
Charles 6:18
civil 8:14
clarify 8:3
clear 6:9
close 7:1
closer 7:5
communication 7:11
communications 5:18
concluded 8:23
conference 4:21
confirmed 6:23
conversations 5:17
convince 6:8 7:17
Cooper 4:3 6:18
copy 5:5
correctly 6:19
counsel 4:13,19 5:18 6:17,19
Court 8:15
Court's 8:14
current 7:24

**D**

Dan 6:16
deal 7:18
Dean 7:8
Dean/boone 4:15
deaths 4:15
decedent 7:7,19
decided 7:2
defendants 4:3,10,16
Defendants' 8:3
deposition 4:8,11,14, 17,22 5:3, 20,21 6:24 7:6,10,21 8:4
died 7:19
discuss 8:6
disinclination 6:2
Doc 4:10,17 5:21

**E**

e-mail 5:24
Ed 4:1
efforts 7:16
Estate 6:18
et al 4:4
event 7:19
events 4:9
Exhibit 5:10, 11

**F**

family 4:15
father 7:7
felt 7:14
foregoing 8:22
Forest 4:4
forward 8:11,12
Friday 6:22

front 5:11
frustration 7:23

**G**

GERLING 6:15 8:20
good 8:20
green 5:12

**H**

heard 7:2
history 6:20
Hubbard 4:1, 2 8:2,17

**I**

important 7:17
incident 7:14
indicating 6:3
intend 4:23
intending 6:13
issued 4:11, 16 5:1

**J**

Ja'syiah 6:19
Jerry 4:7,12 5:15
Joe 6:12 8:17
Jr 5:16

**L**

late 6:4
latest 7:10
lieu 4:6
Longwood 4:4

**M**

made 7:16
mail 5:4
make 6:13
mark 5:10
marked 5:8
matter 4:3,24
mind 6:1
missing 6:12
moment 6:8
Mordarski 4:20 5:23

6:4,16,17 8:16,18
mother 7:8
move 8:8

**N**

natural 7:7,8
nonappearance 8:7
notes 4:20
notice 4:11, 17 5:21 6:5, 6 7:1
notified 4:13 5:23 6:9
November 5:3,20,22,23 6:22

**O**

occurred 7:14
October 5:14
offer 4:23 7:15
office 5:1
opportunity 8:5
originally 4:10

**P**

p.m. 8:23
past 7:13
perspective 7:22 8:3
persuade 7:20
Plaintiff 6:17
plaintiff's 4:13,19 5:18 7:22
point 5:19
prejudice 6:6
prepare 8:10
prepared 8:10
present 7:13
printed 5:15
procedure 8:14
proceedings 8:22
Products 4:4
provide 6:2, 21
providing 6:5
purposes 4:8

**Pursuant** 5:17

**R**

**Rabold** 7:9
**ramifications** 8:6
**ready** 8:10
**received** 5:15 6:24
**recent** 6:22
**record** 4:6 6:13 8:5,9
**reflecting** 5:13
**refuse** 4:22
**relevant** 7:18
**remedies** 8:14
**reschedule** 4:14 5:19
**reserve** 8:7, 13
**rights** 8:7
**rulings** 8:15
**run** 4:9

**S**

**scheduled** 7:21
**screen** 5:6
**send** 5:5
**series** 4:14
**served** 5:4, 22
**service** 5:13
**share** 5:6 7:23
**showing** 5:10
**significant** 7:23
**simply** 5:11 8:9
**situation** 7:24
**Steve** 7:8
**stop** 6:11
**subpoena** 5:1,13
**suggesting** 6:4

**T**

**talk** 7:13
**telephone** 4:20
**Tera** 7:8

**testimony** 4:24 5:3 6:2, 21 7:17
**things** 7:18
**time** 7:2,4,5, 14
**timely** 6:10
**today** 4:7 5:22 6:14,24 7:1,21 8:7, 11

**U**

**unable** 7:20
**understand** 6:7

**V**

**versus** 4:3
**video** 5:3
**videoconference** 5:2

**W**

**wanted** 4:9