IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHARLES H. COOPER, JR., ) | Case No. 1:22-MC-0005 |
| ) | |
| Plaintiff, ) | JUDGE DAN AARON POLSTER |
| ) | |
| v. ) | |
| ) | |
| LONGWOOD FOREST PRODUCTS, INC. ) | **TRANSFER ORDER** |
| ) | |
| Defendants. ) | |
| ) | |

On January 25, 2022, Defendants Longwood Forest Products, Inc. and Wayfair LLC filed a motion for contempt (ECF Doc. 1) against Jerry Boone, Jr., for failure to comply with a subpoena served pursuant to Fed. R. Civ. P. 45(g).  The subpoena was issued from case number 2:20-cv-3332 in the United States District Court, Southern District of Ohio, Eastern Division.  After conferring with this Court and the Court from where the subpoena issued, the attorneys have requested this matter be transferred to 2:20-cv-3332 in the United States District Court, Southern District of Ohio, Eastern Division.

WHEREFORE, the Court directs the clerk to transfer this case to 2:20-cv-3332 in the United States District Court, Southern District of Ohio, Eastern Division, for further disposition and to terminate the case on this Court's docket.

IT IS SO ORDERED.

Dated: January 28, 2022

*s/Dan Aaron Polster*
United States District Judge